IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAYNE ROBERT MADOLE                                        PLAINTIFF

              v.            Civil No. 13-5209

JUDGE WILLIAM A STOREY;
PUBLIC DEFENDER JOSEPH GRIFFIN;
and JOHN DOE OFFICERS                                     DEFENDANTS

<u>O R D E R</u>

Now on this 8th day of January 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #10) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #10) is hereby **adopted *in toto***, and plaintiff's objection is **overruled;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE