```
      IN THE UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF ARKANSAS
              FAYETTEVILLE DIVISION
```

**WAYNE ROBERT MADOLE**                                               **PLAINTIFF**

       **v.**           **Civil No. 13-5209**

**JUDGE WILLIAM A STOREY;**
**PUBLIC DEFENDER JOSEPH GRIFFIN;**
**and JOHN DOE OFFICERS**                                             **DEFENDANTS**

### O R D E R

Now on this 8th day of January 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #10) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #10) is hereby **adopted *in toto***, and plaintiff's objection is **overruled;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE